**Deny Writ and Opinion Filed June 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00731-CV

## IN RE CHRIS WANKEN, Relator

On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-00937-2013

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Francis

Before the Court is relator's petition for writ of mandamus in which he contends the trial court erred by failing to stay a hearing scheduled for a date subsequent to relator's purported nonsuit. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

We also **DENY** relator's June 11, 2013 emergency motion for relief and stay of issuance of any orders in the 416th District Court of Collin County.

130731F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE